# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>JESUS ALONZO MORALES-BELTRAN (1)<br><br>   Defendant. | Case No. 14CR3638 MMA<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Court has granted the motion of the Government for dismissal, of the offense as charged in the Indictment: 8 USC 1326 Attempted Reentry of Removed Alien.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/1/2016

Hon. Michael M. Anello
United States District Judge

**FILED**
APR - 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY